IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LLOYD ERIC DEMUS,                    )
    #2378867,                        )
                             )
        Petitioner,               )
                             )          CIVIL ACTION NO.
VS.                                   )
                             )          3:25-CV-1247-G-BT
DIRECTOR, TDCJ-CID,                  )
                             )
        Respondent.               )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*]

in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the

opinion that the Findings and Conclusions of the Magistrate Judge are correct, and

they are accepted as the Findings and Conclusions of the court.  By separate

judgment, the petitioner's habeas action will be **DISMISSED**.

Pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules

Governing § 2254 proceedings, and 28 U.S.C. § 2253(c), the court denies a

---

[*]      No objections were filed.

certificate of appealability.  In light of the ruling in this case, the court concludes that petitioner has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong" or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

If the petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

**SO ORDERED**.

April 30, 2026.

_A. Joe Fish_____

**A. JOE FISH**
**Senior United States District Judge**

- 2 -